**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **UNITED STATES OF AMERICA**        ) | |
| ) | Criminal Case No. 15-cr- *216-01-PB* |
| v.            ) | |
| ) | |
| **DWIGHT SMITH**            ) | |
| _____ ) | |

**INDICTMENT**

**The Grand Jury Charges:**

**COUNT ONE**

**[Possession of Child Pornography – 18 U.S.C. § 2252(a)(4)(B)]**

In or around October 2014, in the District of New Hampshire, the defendant,

**DWIGHT SMITH**,

did knowingly possess any matter that contained an image or video of child pornography, as defined in Title 18, United States Code, Section 2256, namely any visual depiction of sexually explicit conduct where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, that had been mailed, shipped, and transported using any means or facility of interstate or foreign commerce, and in and affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

1

## FORFEITURE ALLEGATION
## (18 U.S.C. § 2253)

1.  The allegation of Count One of this Indictment is hereby re-alleged and is incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

2.  Upon conviction of any offense in violation of 18 U.S.C. § 2252(a)(4)(B), as set forth in Count One of this Indictment,

**DWIGHT SMITH,**

defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any matter which contains visual depictions produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the said violations; and any property, real or personal, used or intended to be used to commit or to promote the commission of the violations or any property traceable to such property.  The property to be forfeited includes:

(a) One Western Digital external hard drive bearing serial number WXD1E33PZXY2; and

(b) One HH tower computer bearing serial number CNX8271WLD (with attached hard drive bearing serial number 9QK220D0).

All pursuant to Federal Rule of Criminal Procedure 32.2 and Title 18, United States Code, Section 2253.

A TRUE BILL

Dated: December 2, 2015

/s/ Foreperson
FOREPERSON

DONALD FEITH
Acting United States Attorney

By: /s/ Nick Abramson
Nick Abramson
Assistant U.S. Attorney